Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 24, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 24, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00169-CV

____________

 

IN RE LUTTRELL STEVENSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 17, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this court compel an unidentified Harris County judge to act on
his post-conviction application for writ of habeas corpus.  

Relator has not established that he is entitled
to mandamus relief.  Accordingly, we deny
relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 24, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost.